IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DARRIN A. GRUENBERG,

    Plaintiff,

v.

LT. TETZLAFF, CAPT. MORGAN,
JANEL NICKEL, TIM DOUMA, CATHY JESS,
MELLISSA ROBERTS, CHARLES COLE and
GARY HAMBLIN,

    Defendants.

JUDGMENT IN A CIVIL CASE

13-cv-95-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff leave to proceed and dismissing his claims against Capt. Morgan, Janel Nickel, Tim Douma, Cathy Jess, Mellissa Roberts, Charles Cole and Gary Hamblin; and

(2) granting summary judgment in favor of Lt. Tetzlaff and dismissing this case.

/s/                                                           9/15/2015

Peter Oppeneer, Clerk of Court                          Date

Case: 3:13-cv-00095-wmc   Document #: 62   Filed: 09/15/15   Page 2 of 2